**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1929**

ERIC H. BUSH,

             Plaintiff - Appellant,

      v.

BERKEY'S INC. HA IHOP,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:10-cv-00154-JBF-DEM)

Submitted:  December 16, 2010      Decided:  December 22, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric H. Bush, Appellant Pro Se. Randy Carl Sparks, Jr., FORD &
HARRISON, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric H. Bush appeals the district court's order dismissing his Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bush v. Berkey's Inc. HA IHOP</u>, No. 2:10-cv-00154-JBF-DEM (E.D. Va. July 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>